**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

Deniz Bolbol, et al.,                                     No. C 04-00082 JW

10
                    Plaintiff(s),
11
     v.                                                   **ORDER SCHEDULING FINAL PRETRIAL**
12                                                        **CONFERENCE AND TRIAL**
Ringling Brothers and Barnum and Bailey Circus,
13 et al.,

14                  Defendant(s).
                                                       /
15

16         The Court orders the parties to comply with the following:

17                         A.   Meet and Confer Requirement

18         1.      On or before Thursday, June 16, 2005, the parties shall meet and confer with respect to

19 the Joint Pretrial Conference Statement, submission of a joint list of witnesses, a joint list of trial

20 exhibits and a joint list of discovery material which each party intends to offer in evidence as a part of

21 its case-in-chief.  Unless objections are made in accord with this Order, all witnesses, exhibits and

22 discovery material contained on the joint submission shall be deemed admissible into evidence by

23 stipulation.

24                  B.   Objections and Lodging Disputed Material with the Court

25         2.      If a party objects to receipt into evidence of a witness, exhibits or discovery response,

26 the party shall advise all opposing parties during the conference and attempt to resolve the dispute.  If

27 the parties are unsuccessful in resolving the dispute, any party wishing to object to receipt of the

28 testimony of any witness, any exhibit or discovery response into evidence shall lodge with Chambers

1  a copy of the disputed material on or before Tuesday, June 21, 2005, together with a brief statement of

2  the objection and any response by the proffering party.  The Court will indicate on the submitted copy

3  whether the objection is overruled or sustained and return the material to counsel.

4               C.  Lodging Joint Pretrial Conference Statement and *In Limine* Motions

5         3.  On or before Tueesday, June 21, 2005, the parties shall file and lodge with Chambers

6  the following:

7            a.  Joint Pretrial Conference Statement: The parties shall file a joint pretrial

8  statement which shall contain the following information:  (1) a brief description of the

9  substance of each claim which remains to be decided (the description must list the

10  essential elements which the party contends it must prove in order to prevail on each

11  claim); (2) as to each claim, a detailed statement of all the relief requested, particularly

12  itemizing the amount of damages being requested; (3) as to each claim, a description of

13  each defense which is being asserted; (4) a plain and concise statement of any relevant

14  facts not disputed to which the parties stipulate; (5) a list of all fact witnesses likely to

15  be called at trial, other than solely for impeachment or rebuttal; (6) a list of all expert

16  witnesses and the field of expertise in which the witness is tendered as an expert; (7)

17  an estimate of the number of hours needed for the presentation of each party's case; and

18  (8) any other subjects relevant to the trial of the action, or material to its just, speedy

19  and inexpensive determination.

20        Counsel are directed to meet and confer in advance of the date for submission

21  of pretrial material with respect to the pretrial conference statement.

22            b.  *In Limine* Motions:  Any *In limine* motions shall be filed in writing and

23  submitted along with the Joint Final Pretrial Conference Statement.  Any opposition

24  shall be filed in writing and served on or before Friday, June 24, 2005.  These motions

25  will be deemed submitted without oral argument, unless the Court orders otherwise.

26               D.  Final Pretrial Conference

27         4.  The Court will conduct a Final Pretrial Conference with the parties on Tuesday, June

28

       **United States District Court**
       For the Northern District of California

2

United States District Court

For the Northern District of California

1  28, 2005 at 9:00 a.m.  The trial attorneys must attend the conference.  At the final pretrial conference

2  the Court will consider issues raised in the Final Pretrial Conference Statement, motions *in limine* and

3  discuss the procedures for trial of the case.

4              E.  Lodging Witness Lists,  Exhibit Lists and Proposed Jury Instructions

5      5.    On July 26, 2005, the parties shall lodge with Chambers the joint list of  witnesses, and

6  a joint list of exhibits. Unless otherwise ordered, all exhibits shall be in a format compatible with

7  either the video or digital evidence presentation system utilized by the Court. The proffering party

8  shall retain custody of all exhibits, schedules, summaries, diagrams or charts to be used at the trial.

9      6.    Upon request, in noncomplex cases the Court will excuse the parties from using

10  electronic formatted documents.  In that event on the first day of trial, the parties shall submit exhibits

11  as follows:

12              a.  A copy for the trial judge;

13              b.  A copy for the witness stand.  The Court prefers the parties to prepare a binder for

14      each witness, which contains only those documents pertinent to that witness.

15              c.  No duplicates of a document shall be submitted, unless the duplicate copy has

16  independent evidentiary value to prove some disputed issue of material fact (e.g., date stamp to prove

17  receipt on a particular date, where date of receipt is a disputed issue of a material fact).

18      7.    At the Final Pretrial Conference, the parties shall submit proposed jury instructions and

19  verdict forms on both hard copy and disk format.  The Court will give the preliminary instructions

20  contained in the Model Jury Instructions of the Ninth Circuit at the beginning of the trial and will give

21  the standard closing instructions Model Jury Instructions of the Ninth Circuit prior to closing argument.

22  The parties need not submit preliminary or introductory closing instructions, unless they wish the

23  Court to consider giving a particular instruction.

24      8.    If the parties are unable to agree on a particular substantive instruction, the set of

25  instructions submitted by the parties shall contain each party's version of the contested instruction

26  containing a citation of authority for the instruction.

27              F.  Proposed Findings (Nonjury Trials)

28                                 3

**United States District Court**
For the Northern District of California

1      9.      In nonjury trials, on the first day of trial, each party shall submit its proposed findings

2 of fact and conclusions of law.

3                     G.   <u>Trial Schedule</u>

4      10.      Pursuant to stipulation, the trial schedule for this case will be as follows: July 26, 27,

5 28, 29, 2005. On July 26, 2005, the parties shall conduct jury selection from 9:00 a.m. to 12:00 p.m.

6 Trial proceedings shall proceed in full on July 26, 2005 from 1:00 p.m. to 4:00 p.m. Trial

7 proceedings on July 27, 28, 29 shall start at 9:00 a.m. and end at 4:00 p.m. The parties shall argue

8 and submit their cases on July 29.

9      11.      The time allowed for trial shall be divided equally between the plaintiff's side and the

10 defendant's side. Co-parties are ordered to meet, confer and agree to an allocation among themselves.

11 A party may spend its allocated time presenting its own case or on cross-examination of witnesses

12 called by other parties or for presentation of a counterclaim. When a party's allocated time period has

13 expired, unless otherwise ordered for good cause shown, no further time will be allowed to that party

14 if it would interfere with the ability of the opposing party to present its case.

15 Dated: June 10, 2005                        /s/James Ware

                                            JAMES WARE

16 04eciv82pptc                              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28                                        4

**United States District Court**

For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE  BEEN DELIVERED TO:**

2   Christine L. Garcia christine@animalattorney.com
    Frank R. Ubhaus fru@berliner.com
3   G. Whitney Leigh wleigh@gonzalezleigh.com
    James  McManis jmcmanis@mfmlaw.com
4   Jessica Valenzuela Santamaria jvalenzuelasantamaria@mfmlaw.com
    Lizbeth  Brown lizbethbrown@aol.com
5   Marwa  Elzankaly melzankaly@mfmlaw.com
    Nima  Nami nimanami@hotmail.com
6   Nima  Nami nimanami@hotmail.com
    Nora Valerie Frimann cao.main@sanjoseca.gov
7   Rosa  Tsongtaatarii Rosa.tsongtaatarii@ci.sj.ca.us
    Thomas P. Murphy tpm@berliner.com

8
    **Dated:  June 10, 2005**                               **Richard W. Wieking, Clerk**
9

10                                                         **By:/s/JWchambers**
                                                               **Ronald L. Davis**
11                                                             **Courtroom Deputy**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      5