MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
NIMA NAMI (SBN 183042)
BRYAN W. VERESCHAGIN (SBN 188608)
GONZALEZ & LEIGH LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 217-3200
Facsimile: (415) 217-3201

Attorneys for Plaintiffs
DENIZ BOLBOL, JOSEPH
CUVIELLO AND ALFREDO
KUBA

**IT IS SO ORDERED**

*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL, AN INDIVIDUAL, JOSEPH CUVIELLO, AN INDIVIDUAL, AND ALFREDO KUBA, AN INDIVIDUAL, and DOES 1-40,<br><br>Plaintiffs,<br><br>vs.<br><br>THE RINGLING BROS. AND BARNUM AND BAILEY CIRCUS; THE CITY OF SAN JOSE, HP PAVILION MANAGEMENT,<br><br>Defendants. | No. C 04 00082 JW<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR PETITION TO MODIFY PRELIMINARY INJUNCTION** |

Plaintiffs Deniz Bolbol, Joseph Cuviello, and Alfredo Kuba seek an order modifying the court's preliminary injunction in this case. Plaintiffs contend that the modification is necessary in light of the Ninth Circuit's decision in <u>Kuba v. A-1 Agricultural Association</u>, 387 F.3d 850 (9th Cir. 2004), and in light of events subsequent to the issuance of the injunction. Because the circus is scheduled to return to San Jose and the HP Pavilion on August 24, 2005, Plaintiffs seek to have the order modified prior to that date. Plaintiffs state that they have contacted the court, and the only

1

date available for a hearing on the motion is August 22, 2005. Plaintiffs seek to file a motion modifying the injunction before August 1, 2004, and prior to filing the motion, seek a deposition of Steve Kirsner. Plaintiffs request that the court shorten the time ordinarily required for briefing, and enter an order allowing briefing on these matters to be filed according to the following schedule, to which the Parties have agreed:

1.    Plaintiffs shall file and serve their petition on or before August 1, 2005.

2.    Defendants shall file and serve any opposition papers on or before August 12, 2005.

3.    Plaintiffs shall file and serve their reply papers on or before August 15, 2005.

Dated: July 20, 2005

BERLINER COHEN

By _____
FRANK R. UBHAUS
THOMAS P. MURPHY
ATTORNEYS FOR SAN JOSE ARENA
MANAGEMENT, LLC.

Dated: July 20, 2005

GONZALEZ & LEIGH, LLC.

By _____
BRYAN VERESCHAGIN
G. WHITNEY LEIGH
ATTORNEYS FOR PLAINTIFFS

Dated: July __, 2005

CITY OF SAN JOSE

By: _____
DAVID ROLLO
ATTORNEYS FOR DEFENDANT
CITY OF SAN JOSE

**ORDER**

IT IS SO ORDERED.

_____
THE HONORABLE JUDGE JAMES WARE

2

STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR PETITION TO MODIFY
PRELIMINARY INJUNCTION                Case No. C04 00082 JW

date available for a hearing on the motion is August 22, 2005.  Plaintiffs seek to file a motion modifying the injunction before August 1, 2004, and prior to filing the motion, seek a deposition of Steve Kirsner.  Plaintiffs request that the court shorten the time ordinarily required for briefing, and enter an order allowing briefing on these matters to be filed according to the following schedule, to which the Parties have agreed:

1.  Plaintiffs shall file and serve their petition on or before August 1, 2005.

2.  Defendants shall file and serve any opposition papers on or before August 12, 2005.

3.  Plaintiffs shall file and serve their reply papers on or before August 15, 2005.

Dated: July ___, 2005        BERLINER COHEN

By_____
FRANK R. UBHAUS
THOMAS P. MURPHY
ATTORNEYS FOR SAN JOSE ARENA
MANAGEMENT, LLC.

Dated: July ___, 2005        GONZALEZ & LEIGH, LLC.

By_____
BRYAN VERESCHAGIN
G. WHITNEY LEIGH
ATTORNEYS FOR PLAINTIFFS

Dated: July 1, 2005        CITY OF SAN JOSE

By: _____
DAVID ROLLO
ATTORNEYS FOR DEFENDANT
CITY OF SAN JOSE

**ORDER**

IT IS SO ORDERED.

/s/ James Ware    7/27/05
THE HONORABLE JUDGE JAMES WARE

2

STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR PETITION TO MODIFY
PRELIMINARY INJUNCTION        Case No. C04 00082 JW