1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

**\*E-FILED 8/22/05\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DENIZ BOLBOL, ET AL.,

       Plaintiffs,

   v.

HP PAVILION MANAGEMENT, ET AL.,

       Defendants.

_____/

NO. 5:04-cv-00082 JW (RS)

**ORDER RESCHEDULING
STATUS CONFERENCE**

On June 22, 2005, the Court informed counsel that, due to the pendency of the remaining claims filed by the other plaintiffs in the case, the motion for attorneys' fees filed by attorney Kirk Boyd would be determined after the conclusion of the trial in this matter, which was then scheduled to commence on July 26, 2005. Based on that trial date, the Court scheduled a status conference with all counsel on August 25, 2005. Since that time, however, the presiding judge continued the trial, which is now set to begin on January 10, 2006. Accordingly, on August 3, 2005, the Court received a request from defense counsel to reset the August conference to a date following the conclusion of trial. Attorney Boyd, by letter dated August 8, 2005, opposed the request to move the conference. In response, counsel for HP Pavilion Management stated his willingness to attend the conference, but also noted his understanding that the motion for attorneys' fees would not be resolved at the conference.

Based on the foregoing, and for the reasons enunciated by the Court at the hearing on June 22, 2005

1  and in its prior order, the status conference is reset from August 25, 2005 to February 16, 2006 at 2:30 p.m.

2  to address the outcome of the trial and its relation to the pending fee request.

3  IT IS SO ORDERED.

4  Dated: 8/22/05                                         /s/ Richard Seeborg
                                                          RICHARD SEEBORG
5                                                         United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

2

Lizbeth Brown     lizbethbrown@aol.com,

3

Shannon N. Cogan     shannon.cogan@berliner.com, rr@berliner.com

4

Marwa Elzankaly     melzankaly@mfmlaw.com, prussell@mfmlaw.com

5

Nora Valerie Frimann     cao.main@sanjoseca.gov, Brande.Gex@sanjoseca.gov

6

Christine L. Garcia     christine@animalattorney.com

7

G.   Whitney   Leigh                 wleigh@gonzalezleigh.com,
kxa@kvn.com;bdl@kvn.com;malberto@gonzalezleigh.com

8

9

James McManis     jmcmanis@mfmlaw.com, smaes@mfmlaw.com

Thomas P. Murphy     tpm@berliner.com

10

Nima Nami     nimanami@hotmail.com, malberto@gonzalezleigh.com

11

Jessica Valenzuela Santamaria     jvalenzuelasantamaria@mfmlaw.com, smaes@mfmlaw.com

12

13

Rosa Tsongtaatarii , Esq     Rosa.tsongtaatarii@ci.sj.ca.us,

Frank R. Ubhaus     fru@berliner.com, cep@berliner.com

14

15

16

**Dated: 8/22/05**                         **Chambers of Judge Richard Seeborg**

17

**By:**          **/s/ BAK**

18

19

20

21

22

23

24

25

26

27

28