**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Deniz Bolbol, et al., | NO. C 04-00082 JW |
| Plaintiffs, v. | **ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE** |
| Ringling Brothers and Barnum and Bailey Circus, et al., | |
| Defendants. | |

Please take note that the Court is moving the Final Pretrial Conference presently scheduled for **December 19, 2005** at 3 p.m. **to 9 a.m.** on the same date.

Dated: December 13, 2005

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine L. Garcia christine@animalattorney.com
Frank R. Ubhaus fru@berliner.com
J. Kirk Boyd kirkboyd@aol.com
Jessica Valenzuela Santamaria jvalenzuelasantamaria@mfmlaw.com
Lizbeth  Brown lizbethbrown@aol.com
Marwa  Elzankaly melzankaly@mfmlaw.com
Nora Valerie Frimann cao.main@sanjoseca.gov
Thomas P. Murphy tpm@berliner.com

**Dated: December 13, 2005**               **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                  **Ronald L. Davis**
                                                  **Courtroom Deputy**