IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Deniz Bolbol, et al., | NO. C 04-00082 JW |
|     Plaintiffs, | **ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE** |
| v. | |
| Ringling Brothers and Barnum and Bailey Circus , et al., | |
|     Defendants. | |

Please take note that due to the Court's unavailability, the Final Pretrial Conference presently scheduled for December 19, 2005 is vacated.  The new Final Pretrial Conference is set for **December 27, 2005 at 9 a.m.**

Dated: December 16, 2005

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine L. Garcia christine@animalattorney.com
Frank R. Ubhaus fru@berliner.com
J. Kirk Boyd kirkboyd@aol.com
Jessica Valenzuela Santamaria jvalenzuelasantamaria@mfmlaw.com
Lizbeth  Brown lizbethbrown@aol.com
Marwa  Elzankaly melzankaly@mfmlaw.com
Nora Valerie Frimann cao.main@sanjoseca.gov
Thomas P. Murphy tpm@berliner.com

**Dated: December 16, 2005**                     **Richard W. Wieking, Clerk**

                                              **By:    /s/ JW Chambers**
                                                      **Ronald L. Davis**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California