E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOl, et al., | No. C 04-00082-JW |
| Plaintiff, | **STIPULATION AND ORDER**<br>(Trial Exhibits) |
| v. | |
| HP PAVILION MANAGEMENT and<br>CITY OF SAN JOSE, | |
| Defendants. | |

IT IS HEREBY STIPULATED that the trial exhibits in the above-entitled case will be returned to counsel for the party who offered the exhibit in evidence. All exhibits will be kept by counsel until expiration of the period for filing an appeal.

Should an appeal be filed, counsel shall deliver the exhibits to the Court of Appeals upon request by the Clerk's Office of that court.

Dated: 1/19/06

_____
Signature of Plaintiff's Counsel

Dated: 1/19/06

_____
Signature of Defendant's Counsel

Dated:

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE