IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Deniz Bolbol, et al., | NO. C 04-00082 JW |
|       Plaintiffs,<br>  v. | **ORDER SETTING CASE MANAGEMENT** |
| City of San Jose, et al., | |
|       Defendants.               / | |

     The Court sets a case management conference for **February 13, 2006 at 10 a.m.** To prepare for this conference, the parties shall prepare a statement of respective contentions regarding the outstanding issues in this case, such as, Plaintiffs' prayer for injunctive relief, attorneys' fees, etc. The parties may file the statement either jointly or separately. The statement(s) shall be filed no later than February 6, 2006.

Dated: January 24, 2006

                                                JAMES WARE<br>
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan W Vereschagin bvereschagin@gonzalezleigh.com
Christine L. Garcia christine@animalattorney.com
David Michael Rollo david.rollo@cco.sccgov.org
Frank R. Ubhaus fru@berliner.com
G. Whitney Leigh wleigh@gonzalezleigh.com
James McManis jmcmanis@mfmlaw.com
Jessica Valenzuela Santamaria jvalenzuelasantamaria@cooley.com
Juan Enrique Pearce epearce@gonzalezleigh.com
Lizbeth Brown lizbethbrown@aol.com
Marwa Elzankaly melzankaly@mfmlaw.com
Matt Gonzalez mgonzalez@gonzalezleigh.com
Michael J. Dodson cao.main@sanjoseca.gov
Nima Nami nimanami@hotmail.com
Nima Nami nimanami@hotmail.com
Nora Valerie Frimann cao.main@sanjoseca.gov
Rita A. Hao rhao@gonzalezleigh.com
Rosa Tsongtaatarii Rosa.tsongtaatarii@ci.sj.ca.us
Shannon N. Cogan shannon.cogan@berliner.com
Thomas P. Murphy tpm@berliner.com

Dated: January 24, 2006                    **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                **Melissa Peralta**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California