IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Deniz Bolbol, et al., | NO. C 04-00082 JW |
|       Plaintiffs,<br>  v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| City of San Jose, et al., | |
|       Defendants. | |

On February 13, 2006, the Court conducted a case management conference. The Court sets the following dates for a trial on Plaintiffs' claim for violations under the California Liberty Speech clause. The trial shall be held on:

1) Session 1 & 2:  May 3, 2006 from 9 am - 12 noon and 1 pm to 4 pm;

2) Session 3:  May 5, 2006 from 9 am - 12 noon.

In preparation for this trial, the parties shall brief the Court on their legal position with respect to the injunctive relief issue. Specifically, Plaintiffs shall brief the Court on what type of injunctive relief is being requested and against whom. The briefing schedule is follows:

Opening Brief due **March 21, 2006**

Opposition Brief due **April 4, 2006**

Reply Brief due **April 11, 2006**

The Court will not address the question of attorneys' fees until the end of the second phase of the trial. Additionally, there are currently motions for sanctions that have been noticed for a February 27, 2006 and March 13, 2006. These motions shall remain on their respective calendar dates unless the Court indicates otherwise.

Dated: February 14, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan W Vereschagin bvereschagin@gonzalezleigh.com
Christine L. Garcia christine@animalattorney.com
David Michael Rollo david.rollo@cco.sccgov.org
Frank R. Ubhaus fru@berliner.com
G. Whitney Leigh wleigh@gonzalezleigh.com
James McManis jmcmanis@mfmlaw.com
Jessica Valenzuela Santamaria jvalenzuelasantamaria@cooley.com
Juan Enrique Pearce epearce@gonzalezleigh.com
Lizbeth Brown lizbethbrown@aol.com
Marwa Elzankaly melzankaly@mfmlaw.com
Matt Gonzalez mgonzalez@gonzalezleigh.com
Michael J. Dodson cao.main@sanjoseca.gov
Nima Nami nimanami@hotmail.com
Nima Nami nimanami@hotmail.com
Nora Valerie Frimann cao.main@sanjoseca.gov
Rita A. Hao rhao@gonzalezleigh.com
Rosa Tsongtaatarii Rosa.tsongtaatarii@ci.sj.ca.us
Shannon N. Cogan shannon.cogan@berliner.com
Thomas P. Murphy tpm@berliner.com

Dated: February 14, 2006                    **Richard W. Wieking, Clerk**

                                             **By:   /s/ JW Chambers**
                                                  **Melissa Peralta**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California