1
2
3
4
5
6
7
8
9          IN THE UNITED STATES DISTRICT COURT
10       FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                 SAN JOSE DIVISION
12

**United States District Court**
For the Northern District of California

13   Deniz Bolbol, et al.,                    NO. C 04-00082 JW

14                 Plaintiffs,        **ORDER VACATING HEARING ON**
                                      **DEFENDANT'S FELD**
15         v.                          **ENTERTAINMENT MOTION FOR**
                                       **SANCTIONS AND FOR OSC**
     City of San Jose, et al.,
16
17                 Defendants.
                                    /
18

19       Pursuant to Civil Local Rule 7-1(b), Defendant's Feld Entertainment Motion for Sanctions

20   and for OSC why Plaintiffs should not be held in contempt is deemed submitted on the papers.

21   Accordingly, the Court vacates the hearing on the motion presently scheduled for February 27, 2006

22   at 9 a.m.

23

24   Dated: February 21, 2006              _James Ware_____
                                           JAMES WARE
25                                         United States District Judge

26

27

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Bryan W Vereschagin bvereschagin@gonzalezleigh.com
    Christine L. Garcia christine@animalattorney.com
3   David Michael Rollo david.rollo@cco.sccgov.org
    Frank R. Ubhaus fru@berliner.com
4   G. Whitney Leigh wleigh@gonzalezleigh.com
    James McManis jmcmanis@mfmlaw.com
5   Jessica Valenzuela Santamaria jvalenzuelasantamaria@cooley.com
    Juan Enrique Pearce epearce@gonzalezleigh.com
6   Lizbeth Brown lizbethbrown@aol.com
    Marwa Elzankaly melzankaly@mfmlaw.com
7   Matt Gonzalez mgonzalez@gonzalezleigh.com
    Michael J. Dodson cao.main@sanjoseca.gov
8   Nima Nami nimanami@hotmail.com
    Nima Nami nimanami@hotmail.com
9   Nora Valerie Frimann cao.main@sanjoseca.gov
    Rita A. Hao rhao@gonzalezleigh.com
10  Rosa Tsongtaatarii Rosa.tsongtaatarii@ci.sj.ca.us
    Shannon N. Cogan shannon.cogan@berliner.com
11  Thomas P. Murphy tpm@berliner.com

12

13  **Dated: February 21, 2006**                    **Richard W. Wieking, Clerk**

14                                                   **By:    /s/ JW Chambers**
                                                          **Melissa Peralta**
15                                                        **Courtroom Deputy**

16

17

18

19

20

21

22

23

24

25

26

27