**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Deniz Bolbol, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>City of San Jose, et al.,<br><br>      Defendants.<br>_____/ | NO. C 04-00082 JW<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT HP PAVILION MANAGEMENT** |

Pursuant to Civil Local Rule 7-1(b), Plaintiffs' motion for sanctions against HP Pavilion Management for failure to obtain, preserve and produce discoverable materials or otherwise comply with the Federal rules of discovery is deemed submitted on the papers. Accordingly, the Court vacates the hearing on the motion presently scheduled for March 13, 2006 at 9 a.m.

Dated: March 3, 2006

                                                JAMES WARE
                                                United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Bryan W Vereschagin bvereschagin@gonzalezleigh.com
Christine L. Garcia christine@animalattorney.com
3 David Michael Rollo david.rollo@cco.sccgov.org
Frank R. Ubhaus fru@berliner.com
4 G. Whitney Leigh wleigh@gonzalezleigh.com
James McManis jmcmanis@mfmlaw.com
5 Jessica Valenzuela Santamaria jvalenzuelasantamaria@cooley.com
Juan Enrique Pearce epearce@gonzalezleigh.com
6 Lizbeth Brown lizbethbrown@aol.com
Marwa Elzankaly melzankaly@mfmlaw.com
7 Matt Gonzalez mgonzalez@gonzalezleigh.com
Michael J. Dodson cao.main@sanjoseca.gov
8 Nima Nami nimanami@hotmail.com
Nima Nami nimanami@hotmail.com
9 Nora Valerie Frimann cao.main@sanjoseca.gov
Rita A. Hao rhao@gonzalezleigh.com
10 Rosa Tsongtaatarii Rosa.tsongtaatarii@ci.sj.ca.us
Shannon N. Cogan shannon.cogan@berliner.com
11 Thomas P. Murphy tpm@berliner.com

12
**Dated: March 3, 2006**                               **Richard W. Wieking, Clerk**
13

14                                                     **By:   /s/ JW Chambers**
                                                            **Melissa Peralta**
15                                                          **Courtroom Deputy**