IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Deniz Bolbol, et al., | NO. C 04-00082 JW |
|        Plaintiffs,<br>v. | **ORDER RESCHEDULING TRIAL ON PERMANENT INJUNCTION** |
| City of San Jose, et al., | |
|        Defendants. | |

Please take note that due to the Court's unavailability, the trial on the permanent injunction phase of the case presently scheduled for May 3 and May 5 is vacated. The new trial schedule is as follows:

1. May 24, 2006, 8 am - 12 p.m.
2. May 25, 2006, 8 am - 12 p.m.
3. May 26, 2006, 8 am - 12 p.m. (if needed)

Dated: April 18, 2006

                                       JAMES WARE<br>
                                       United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan W Vereschagin bvereschagin@gonzalezleigh.com
Christine L. Garcia christine@animalattorney.com
David Michael Rollo david.rollo@cco.sccgov.org
Frank R. Ubhaus fru@berliner.com
G. Whitney Leigh wleigh@gonzalezleigh.com
James McManis jmcmanis@mfmlaw.com
Jessica Valenzuela Santamaria jvalenzuelasantamaria@cooley.com
Juan Enrique Pearce epearce@gonzalezleigh.com
Lizbeth Brown lizbethbrown@aol.com
Marwa Elzankaly melzankaly@mfmlaw.com
Matt Gonzalez mgonzalez@gonzalezleigh.com
Michael J. Dodson cao.main@sanjoseca.gov
Nima Nami nimanami@hotmail.com
Nima Nami nimanami@hotmail.com
Nora Valerie Frimann cao.main@sanjoseca.gov
Rita A. Hao rhao@gonzalezleigh.com
Rosa Tsongtaatarii Rosa.tsongtaatarii@ci.sj.ca.us
Shannon N. Cogan shannon.cogan@berliner.com
Thomas P. Murphy tpm@berliner.com

**Dated: April 18, 2006**                                   **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers**
      **Melissa Peralta**
      **Courtroom Deputy**