```
 1  GONZALEZ & LEIGH LLP
    MATT GONZALEZ (SBN 153486)
 2  G. WHITNEY LEIGH (SBN 153457)
    BRYAN W. VERESCHAGIN (SBN 188608)
 3  RITA A. HAO (SBN 191693)
    Two Shaw Alley, Third Floor
 4  San Francisco, CA 94105
    Telephone: (415) 512-2000
 5  Facsimile:  (415) 512-2001

 6  Attorneys for Plaintiffs
    DENIZ BOLBOL, JOSEPH CUVIELLO
 7  and ALFREDO KUBA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL, an individual; JOSEPH CUVIELLO, an individual; and ALFREDO KUBA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN JOSE, AND HP PAVILION MANAGEMENT,<br><br>Defendants. | Case No. C 04-0082 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING OF MOTION FOR ATTORNEY'S FEES**<br><br>Hearing Date: TBD<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>The Hon. James Ware |

WHEREAS, on August 30, 2006, the Court issued an Order Regarding Pretrial Motions and also issued a Judgment and Permanent Injunction (collectively, "Orders and Judgment");

WHEREAS, the Orders and Judgment provide that Plaintiffs may recover reasonable attorneys fees incurred in this matter;

WHEREAS, Civil Local Rule 54-6 requires that the parties meet and confer for the purpose of resolving all disputed issues relating to attorney's fees before making a motion for attorneys fees;

---

Stipulation and [Proposed] Order Extending     1     *Bolbol, et al. v. The Ringling Bros., et al.*
Time for Filing of Motion for Attorney's Fees                Case No. C-04-00082 JW

1  WHEREAS, additional time is necessary to enable the parties to meet and confer
2  regarding any disputed issues relating to plaintiffs' attorneys fees before making a motion for an
3  award of attorney's fees, as required by Civil Local Rule 54-6;
4  WHEREAS, additional time may allow the parties to resolve any disputed issues relating
5  to attorney's fess, thus obviating the need and expense of a motion for an award of attorney's
6  fees;
7  The parties, pursuant to a stipulation, hereby respectfully request that the deadline for a
8  motion by plaintiffs for attorney's fees be extended by ninety days, to and including December
9  12, 2006.

Dated: September 11, 2006

GONZALEZ & LEIGH, LLP

By: _____/s/_____
G. Whitney Leigh

Attorneys for Plaintiff
DENIZ BOLBOL, JOSEPH CUVIELLLO and
ALFREDO KUBA

Dated: September 11, 2006

BERLINER & COHEN

By: _____
Frank R. Ubhaus

Attorneys for Defendant
SAN JOSE ARENA MANAGEMENT
COMPANY, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: 9/12/06

_____
The Honorable James Ware
United States District Court Judge

Stipulation and [Proposed] Order Extending
Time for Filing of Motion for Attorney's Fees

2

Bolbol, et al. v. The Ringling Bros., et al.
Case No. C-04-00082 JW