GONZALEZ & LEIGH LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN W. VERESCHAGIN (SBN 188608)
RITA A. HAO (SBN 191693)
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
DENIZ BOLBOL, JOSEPH CUVIELLO
and ALFREDO KUBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL, an individual; JOSEPH CUVIELLO, an individual; and ALFREDO KUBA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN JOSE, AND HP PAVILION MANAGEMENT,<br><br>Defendants. | Case No. C 04-0082 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING OF MOTION FOR ATTORNEY'S FEES**<br><br>Hearing Date: TBD<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>The Hon. James Ware |

WHEREAS, on August 30, 2006, the Court issued an Order Regarding Pretrial Motions and also issued a Judgment and Permanent Injunction (collectively, "Orders and Judgment");

WHEREAS, the Orders and Judgment provide that Plaintiffs may recover reasonable attorneys fees incurred in this matter;

WHEREAS, Civil Local Rule 54-6 requires that the parties meet and confer for the purpose of resolving all disputed issues relating to attorney's fees before making a motion for attorneys fees;

1    WHEREAS, additional time is necessary to enable the parties to meet and confer
2  regarding any disputed issues relating to plaintiffs' attorneys fees before making a motion for an
3  award of attorney's fees, as required by Civil Local Rule 54-6;

4    WHEREAS, additional time may allow the parties to resolve any disputed issues relating
5  to attorney's fess, thus obviating the need and expense of a motion for an award of attorney's
6  fees;

7    WHEREAS the court's rulings on post-trial motions is pending;

8    The parties, pursuant to a stipulation, hereby respectfully request that the deadline for a
9  motion by plaintiffs for attorney's fees be extended by ninety days, to and including March 12,
10 2007.

11 Dated: November ___, 2006          GONZALEZ & LEIGH, LLP

13                                    By: _____/s/_____
                                              G. Whitney Leigh

15                                    Attorneys for Plaintiff
                                      DENIZ BOLBOL, JOSEPH CUVIELLLO and
16                                    ALFREDO KUBA

17 Dated: November 21, 2006            BERLINER & COHEN

20                                    By: _____
                                              Frank R. Ubhaus

21
22                                    Attorneys for Defendant
                                      SAN JOSE ARENA MANAGEMENT
23                                    COMPANY, LLC

24                                    **ORDER**

25 **IT IS SO ORDERED.**

26 Dated: November 28, 2006

27                                    _____
28                                    The Honorable James Ware

Stipulation and [Proposed] Order Extending         2         Bolbol, et al. v. The Ringling Bros., et al.
Time for Filing of Motion for Attorney's Fees                Case No. C-04-00082 JW