FRANK R. UBHAUS, CA STATE BAR NO. 46085
THOMAS P. MURPHY, CA STATE BAR NO. 121251
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
tom.murphy@berliner.com

ATTORNEYS FOR DEFENDANT SAN JOSE ARENA MANAGEMENT COMPANY, LLC dba HP PAVILION MANAGEMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL, AN INDIVIDUAL, JOSEPH CUVIELLO, AN INDIVIDUAL, AARON LODGE, AN INDIVIDUAL, TRACEY DEMARTINI, AN INDIVIDUAL, AND ALFREDO KUBA, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>v.<br><br>THE RINGLING BROS. AND BARNUM AND BAILEY CIRCUS; THE CITY OF SAN JOSE, AND HP PAVILION MANAGEMENT,<br><br>Defendants. | CASE NO.  C04 00082 JW<br><br>NOTICE OF CONTINUANCE OF HEARING ON HP PAVILION MANAGEMENT'S MOTION TO VACATE OR REVIEW CLERK'S TAXATION OF COSTS OR, ALTERNATIVELY, TO CORRECT JUDGMENT<br><br>[LOCAL RULE 7-7(a)]<br><br>Continued Date:   April 2, 2007<br>Time:   9:00 a.m.<br>Judge:   Hon. James Ware<br>Courtroom:  8 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 7-7(a) Defendant San Jose Arena Management Company, LLC dba HP Pavilion Management hereby continues the hearing date on its Motion to Vacate or Review Clerk's Taxation of Costs, or, Alternatively, to Correct Judgment, from February 5, 2007 at 9:00 a.m. to April 2, 2007 at 9:00 a.m.

///

///

1  in Department 8 of the above-entitled court, before the Hon James Ware.

2  DATED: JANUARY 10, 2006                    BERLINER COHEN

BY: /s/
FRANK R UBHAUS
THOMAS P. MURPHY
ATTORNEYS FOR SAN JOSE ARENA
MANAGEMENT COMPANY, LLC DBA HP
PAVILION MANAGEMENT

================================

ORDER

IT IS SO ORDERED TO CONTINUE THE HEARING DATE TO 4/2/2007 @ 9:00 AM.

Date: January 11, 2007

_____
United States District Court
Judge James Ware