GONZALEZ & LEIGH LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN W. VERESCHAGIN (SBN 188608)
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
DENIZ BOLBOL, JOSEPH CUVIELLO
and ALFREDO KUBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL, an individual; JOSEPH CUVIELLO, an individual; and ALFREDO KUBA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SAN JOSE, AND HP PAVILION MANAGEMENT,<br><br>Defendants. | Case No. C 04 00082 JW<br><br>[~~PROPOSED~~] ORDER RE ADMINISTRATIVE RELIEF TO FILE REVISED PROPOSED ORDER RE PERMANENT INJUNCTION |

Pursuant to Local Rule 7-11 and good cause showing, the administrative relief to file a revised proposed order regarding the permanent injunction, as requested by Plaintiffs, is hereby GRANTED.

Dated: 2/12/2007

_____
HON. JAMES WARE