```
 1  GONZALEZ & LEIGH LLP
    MATT GONZALEZ (SBN 153486)
 2  G. WHITNEY LEIGH (SBN 153457)
    BRYAN W. VERESCHAGIN (SBN 188608)
 3  BRIAN BRAZIER (SBN 245004)
    Two Shaw Alley, Third Floor
 4  San Francisco, CA 94105
    Telephone: (415) 512-2000
 5  Facsimile: (415) 512-2001

 6  Attorneys for Plaintiffs
    DENIZ BOLBOL, JOSEPH CUVIELLO
 7  and ALFREDO KUBA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL, an individual; JOSEPH CUVIELLO, an individual; and ALFREDO KUBA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN JOSE, AND HP PAVILION MANAGEMENT,<br><br>Defendants. | Case No. C 04-0082 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE THE HEARING DATE ON HP PAVILION MANAGEMENT'S MOTION TO VACATE OR REVIEW CLERK'S TAXATION OF COSTS OR, ALTERNATIVELY, TO CORRECT JUDGMENT**<br><br>Continued Date: April 23, 2007<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: The Hon. James Ware |

WHEREAS, HP Pavilion Management's Motion to Vacate or Review Clerk's Taxation of Costs or, Alternatively, to Correct Judgment is currently scheduled for a hearing on April 2, 2007;

WHEREAS, Planitiff has filed a Motion for Attorney's Fees currently scheduled to be heard on April 23, 2007;

1

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE HEARING DATE ON HP PAVILION MANAGEMENT'S MOTION TO VACATE OR REVIEW CLERK'S TAXATION OF COSTS
*Bolbol, et al. v. The Ringling Bros., et al.*
Case No. C-04-00082 JW

1  WHEREAS the two hearings will cover substantially the same topics;

2  The parties, pursuant to a stipulation, hereby respectfully request that the hearing on HP
3  Pavilion Management's Motion to Vacate or Review Clerk's Taxation of Costs or, Alternatively,
4  to Correct Judgment be continued from April 2, 2007, to April 23, 2007.

5

6  Dated: March 16, 2007                     GONZALEZ & LEIGH, LLP

7

8                                            By:        /s/
9                                                  G. Whitney Leigh

10                                           Attorneys for Plaintiff
                                             DENIZ BOLBOL, JOSEPH CUVIELLLO and
11                                           ALFREDO KUBA

12  Dated: March 15, 2007                    BERLINER & COHEN
13

14

15                                           By: _____
                                                   Frank R. Ubhaus
16

17                                           Attorneys for Defendant
                                             SAN JOSE ARENA MANAGEMENT
18                                           COMPANY, LLC

19
                                             **ORDER**
20
        **IT IS SO ORDERED.**
21
    Dated: 3/23/2007
22

23                                           _____
                                             The Honorable James Ware
24                                           United States District Court Judge

25

26

27                                                      2

28  STIPULATION AND [PROPOSED] ORDER TO CHANGE THE HEARING DATE ON HP PAVILION
    MANAGEMENT'S MOTION TO VACATE OR REVIEW CLERK'S TAXATION OF COSTS
    *Bolbol, et al. v. The Ringling Bros., et al.*
    Case No. C-04-00082 JW