1  GONZALEZ & LEIGH LLP
   MATT GONZALEZ (SBN 153486)
2  G. WHITNEY LEIGH (SBN 153457)
   BRYAN W. VERESCHAGIN (SBN 188608)
3  BRIAN BRAZIER (SBN 245004)
   Two Shaw Alley, Third Floor
4  San Francisco, CA 94105
   Telephone: (415) 512-2000
5  Facsimile: (415) 512-2001

6  Attorneys for Plaintiffs
   DENIZ BOLBOL, JOSEPH CUVIELLO
7  and ALFREDO KUBA

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12 | DENIZ BOLBOL, an individual; JOSEPH      | Case No. C 04 00082 JW
   | CUVIELLO, an individual; and ALFREDO    |
13 | KUBA, an individual,                    | STIPULATION AND [PROPOSED] ORDER
   |                                         | CONTINUING HEARING ON
14 |                      Plaintiffs,        | PLAINTIFFS' MOTION FOR
   |                                         | ATTORNEY'S FEES AND DEFENDANT'S
15 | vs.                                     | MOTION TO VACATE OR REVIEW
   |                                         | COSTS
16 | THE CITY OF SAN JOSE, AND HP            |
   | PAVILION MANAGEMENT,                    |
17 |                                         | Continued Date: May 21, 2007
   |                      Defendants.        | Time:           9:00 a.m.
18 |                                         | Courtroom:      8, 4th Floor
   |                                         | Judge:          The Hon. James Ware

19

20

21

22

23

24

25

26

27

28

                                             1
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR
ATTORNEY'S FEES AND DEFENDANT'S MOTION TO VACATE OR REVIEW COSTS

## STIPULATION

Whereas, the hearings on plaintiffs' motion for attorney's fees and defendant's motion to review taxation of costs are currently scheduled for May 7, 2007;

Whereas plaintiffs have requested more time to respond to the declarations filed in support of defendant's opposition to plaintiffs' motion for attorney's fees;

The parties, pursuant to stipulation, hereby respectfully request that the hearing date for those motions be moved to May 21, 2007, at 9:00 a.m., and the deadline for the both parties' reply briefs be moved to May 7, 2007.

BERLINER COHEN

BY _____/s/_____
THOMAS P. MURPHY
ATTORNEYS FOR DEFENDANT SAN JOSE ARENA MANAGEMENT COMPANY, LLC DBA HP PAVILION MANAGEMENT

GONZALEZ & LEIGH

BY _____/s/_____
G. WHITNEY LEIGH
ATTORNEYS FOR PLAINTIFFS DENIZ BOLBOL AND JOSEPH CUVIELLO

## **ORDER**

IT IS SO ORDERED.

Date: April 20 2007

_____
HON. JAMES WARE

2
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND DEFENDANT'S MOTION TO VACATE OR REVIEW COSTS