**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Deniz Bolbol, et al., | NO. C 04-00082 JW |
| Plaintiffs, | **ORDER SETTING HEARING ON STIPULATED MODIFIED INJUNCTION; VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HP Pavilion Management, | |
| Defendant. | |

This case is scheduled for a Case Management Conference following the Ninth Circuit Remand on September 14, 2009. Upon review of the parties' statements, (Docket Item Nos. 507, 508), the Court finds that it can set a briefing schedule and a hearing date for the Stipulated Modified Injunction without the necessity of an appearance at this time. Accordingly, the Court VACATES the September 14 Conference and ORDERS the parties to comply with the following briefing schedule:

(1) The moving parties shall file their briefs on or before **October 9, 2009**;

(2) Any opposition shall be filed on or before **October 26, 2009**;

(3) Any reply shall be filed on or before **November 2, 2009**;

(4) The Court sets **November 16, 2009 at 9 a.m.** as the hearing date for the anticipated Motion.

Dated: September 9, 2009

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine Peek cpeek@mcmanisfaulkner.com
David Joshua Voorhees jvoorhees@mcmanislaw.com
David Michael Rollo david.rollo@cco.sccgov.org
Frank R. Ubhaus fru@berliner.com
Gilbert Whitney Leigh wleigh@gonzalezleigh.com
James McManis jmcmanis@mcmanislaw.com
Jessica Valenzuela Santamaria jsantamaria@cooley.com
Marwa Elzankaly melzankaly@mcmanisfaulkner.com
Matt Gonzalez mgonzalez@gonzalezleigh.com
Matthew Rutledge Schultz mschultz@gonzalezleigh.com
Michael J. Dodson cao.main@sanjoseca.gov
Nora Valerie Frimann cao.main@sanjoseca.gov
Rosa Tsongtaatarii cao.main@sanjoseca.gov
Shannon N. Cogan shannon.cogan@berliner.com
Thomas Patrick Murphy tpm@berliner.com

Joseph Cuviello
P. O. Box 2834
Redwood City, Ca 94064

**Dated:  September 9, 2009**                                **Richard W. Wieking, Clerk**

                                                             **By:      /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**