1  GONZALEZ & LEIGH LLP
   MATT GONZALEZ (SBN 153486)
2  G. WHITNEY LEIGH (SBN 153486)
   MATTHEW R. SCHULTZ (SBN 220641)
3  744 Montgomery Street, Fifth Floor
   San Francisco, California  94111
4  Telephone:    415-912-5950
5  Facsimile:    415-912-5951

6  Attorneys for Plaintiff
7  DENIZ BOLBOL

*IT IS SO ORDERED*
*Judge James Ware*
3/15/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL, *et al.*, | Case No. 5:04-cv-00082-JW |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| HP PAVILION MANAGEMENT, | |
| Defendant. | |

1    PLEASE TAKE NOTICE that effective November 1, 2010, Matthew Schultz of Gonzalez & Leigh LLP at 744 Montgomery, fifth floor, San Francisco, California, 94111, will no longer be associated with Gonzalez & Leigh LLP and hereby withdraws as counsel of record for plaintiff Deniz Bolbol.  Mr. Schultz therefore requests that he be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket.  G. Whitney Leigh, Matt Gonzalez and Matthew Springman will continue as counsel of record for plaintiff Deniz Bolbol.  All pleadings, orders and other papers should continue to be served on Gonzalez & Leigh LLP.

Dated:  February 21, 2011                         GONZALEZ & LEIGH LLP

By:       /s/
     Matthew R. Schultz
     Attorneys for Plaintiff
     DENIZ BOLBOL